**Form ocvpps** (Revised 10/2023)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 26–40003            Chapter: 7

In re:

Michael William Shackelford

632 Bently Dr
Lawrence, KS 66049

| **Date Case was Filed**<br>**1/5/26** | **ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY** | **Filed and Entered By**<br>**The Court**<br>**1/6/26**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

Debtor(s)' voluntary petition is missing the following document(s):

Chapter 7 Income Form 122A–1
Declaration re Debtor Schedules
Employee Income Record
Schedule A/B
Schedule C
Schedule D
Schedule E/F
Schedule G
Schedule H
Schedule I
Schedule J
Statement of Financial Affairs
Summary of Assets/Liabilities

District of Kansas Local Bankruptcy Rule 1007.1 lists the documents that must be assembled as part of the petition or attached to the petition and identifies which documents use local forms. Documents must be submitted using the latest version of the appropriate forms. National Bankruptcy Forms are available at www.uscourts.gov. Local forms (such as the local Chapter 13 form plan adopted by D. Kan. Bankr. Standing Order 17–1, and the Debtor's Electronic Noticing Request Form) are available at www.ksb.uscourts.gov/forms.

The missing document(s) must be filed within fourteen (14) days of the date the case was filed.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 8                                    s/   Dale L. Somers
                                                       Judge, United States Bankruptcy Court

In re:

Case No. 26-40003-DLS

Michael William Shackelford

Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: ocvpps | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: shackelfordian@gmail.com | Jan 06 2026 20:27:00 | Michael William Shackelford, 632 Bently Dr, Lawrence, KS 66049-1899 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net  ks07@ecfcbis.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 2